IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN HIGUERET, | ) | No. C 11-4804 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF TRANSFER |
| | ) | |
| vs. | ) | |
| | ) | |
| E.G. BROWN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

     Petitioner, a state prisoner at High Desert State Prison, in Susanville, California, seeks federal habeas review of the execution of his state sentence. Specifically, he is challenging decisions made by the Board of Parole Hearings. Venue is proper in a habeas action in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d). But the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because High Desert State Prison lies in the Eastern District of California, the Court orders that, pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

     Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California, the district in which Petitioner is currently confined. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The Clerk shall terminate any pending motions

Order of Transfer
P:\PRO-SE\SJ.LHK\HC.11\Higueret804trans.wpd

1 | and transfer the entire file to the Eastern District of California.

2 |     IT IS SO ORDERED.

3 | DATED: __10/14/11__

                                               LUCY H. KOH
                                               United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\HC.11\Higueret804trans.wpd    2